AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
MIDDLE District of FLORIDA

MIRABILIS VENTURES, INC., a Nevada corporation,

V.

JC SERVICES, INC., a Texas corporation, YUPO JESSE C

**SUMMONS IN A CIVIL CASE**

CASE NO: 6:06-CV-1957-ORL-22-KRS



TO: (Name and address of Defendant)

Nancy S. Perryman, Registered Agent
JC SERVICES, INC.
211 Wood Fall
Waco, TX 76712

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jose R. Riguera, Esq.
Berman, Kean & Riguera, P.A.
2101 W. Commercial Blvd., Ste 2800
Fort Lauderdale, Florida 33309

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

CLERK

(By) DEPUTY CLERK

DATE  DEC 2 9 2006

Perriman JD Services Inc

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-19-07 |
| NAME OF SERVER (PRINT) Kelly Ross | TITLE Private Process Server 1903 SCH |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 600 Jewel Drive WACO, TX 76712 @ 9:57 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  1-22-07                    Kelly Ross  SCH1903
           Date                      Signature of Server

**Premiere Investigation**
P O Box 590126
Ft. Lauderdale FL 33359-0126

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.