UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC.,

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　Case No.: 6:06-cv-1957-ORL-22KRS

JC SERVICES, INC., YUPO JESSE
CHANG, M.D.; MEDICAL PROPERTIES,
LTD, and SOUTHWEST DOCTORS, P.A.,

      Defendants.

## REQUEST FOR ENTRY OF DEFAULT

COMES NOW the plaintiff, Mirabilis Ventures, Inc. ("Mirabilis"), by counsel, and for its Request for Entry of Default against the defendant, JC Services, Inc. ("JC"), pursuant to Federal Rule of Civil Procedure 55(a), states as follows:

1. Mirabilis filed this action on December 29, 2006 against the defendants, JC, Yupo Jesse Chang, M.D., Medical Properties, Ltd., and Southwest Doctors, P.A. (sometimes collectively referred to herein as the "Defendants").

2. On December 29, 2006, the Clerk of this Court issued Summonses for service of process upon the Defendants.

3. On January 19, 2007, JC was served with the Summons and Complaint, as evidenced by the filing of the affidavit of return of service, designated as Document No. 6 on the Court's docket.

4. JC has failed to file an answer, motion or responsive pleading to the Complaint within the twenty (20) day time limit prescribed by F.R.C.P. 12(a)(1).

5. JC is not an infant or incompetent person, and not in military service pursuant to 50 USC § 520.

WHEREFORE, the plaintiff, Mirabilis Ventures, Inc., requests that the Clerk of the Court enter an entry of default against the defendant, JC Services, Inc.

MIRABILIS VENTURES, INC.


By:   /s/ Mark J. Bernet
      Of Counsel

Counsel:

Mark J. Bernet, Esq.
Mirabilis Ventures, Inc.
200 South Orange Avenue, Suite 2800
Orlando, FL  32801
Telephone: (407) 454-5101
Facsimile: (407) 454-5102
FL. Bar No.: 606359

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served this 30th day of March 2007, by mailing a copy via the U. S. Postal Service, first class mail, postage prepaid to:

Nancy S. Perryman, Registered Agent
JC Services, Inc.
211 Wood Fall
Waco, TX 76712


/s/ Mark J. Bernet
      Mark J. Bernet, Esq.