**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC.,**

                **Plaintiff,**

-vs-                                                  **Case No.  6:06-cv-1957-Orl-22KRS**

**JC SERVICES, INC.; YUPO JESSE CHANG, M.D.; MEDICAL PROPERTIES, LTD; and SOUTHWEST DOCTORS, P.A.,**

                **Defendants.**

_____

# ORDER TO SHOW CAUSE

The Court, on its own initiative, has reviewed the file in this case and notes that service on the complaint was executed on January 19, 2007, as to Defendant JC Services, Inc.; on January 17, 2007, as to Defendant Medical Properties, Ltd.; and on January 11, 2007, as to Defendants M.D. Yupo Jesse Chang and Southwest Doctors, P.A.  No answers were filed by the Defendants; and upon motion by the Plaintiff, default was entered by the Clerk on April 2, 2007, as to all the Defendants.

It is hereby ORDERED that no later than **eleven days** from the date of this order, Plaintiff shall show good cause to the Court why this action should not be dismissed for want of prosecution pursuant to Local Rule 1.07(b) for failing to promptly apply to the Clerk for entry of default judgment pursuant to Rule 55(b), Fed.R.Civ.P.

Failure to respond shall result in sanctions being imposed which may include dismissal of this action without further notice.

**DONE and ORDERED** at Orlando, Florida, on May 29, 2007.

ANNE C. CONWAY
United States District Judge

Copy to:  Counsel of Record