# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC.,**

       **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-1957-Orl-22KRS**

**JC SERVICES, INC.; YUPO JESSE CHANG, M.D.; MEDICAL PROPERTIES, LTD; and SOUTHWEST DOCTORS, P.A.,**

       **Defendants.**

## ORDER OF DISMISSAL

Plaintiff, having failed to respond to the Court's May 29, 2007 Order to Show Cause (Doc. No. 22), it is **ORDERED** that this case is **DISMISSED** without prejudice, for lack of prosecution. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 15, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record